# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

William E. Parker,

        Plaintiff,

                                              Civ. No. 12-408 (RHK/JJG)
                                              **ORDER FOR JUDGMENT**

v.

Gurstel Chargo, P.A.,

        Defendant.

---

      Plaintiff having accepted Defendant's Offer of Judgment (Doc. No. 7), **IT IS ORDERED**, pursuant to Federal Rule of Civil Procedure 68(a), that Plaintiff William E. Parker shall recover of Defendant Gurstel Chargo, P.A., the sum of $3,951.00, which amount is inclusive of attorneys' fees and costs.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 10, 2012　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge